UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| SHELDON SCOTT and JAMES TAYLOR, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 3:21-cv-00223-DRL-MGG ) |
| CITY OF SOUTH BEND, SCOTT A. RUSZKOWSKI, Individually and in his Official Capacity as Chief of Police, TIMOTHY LANCASTER, JASON BIGGS, KAYLA MILLER, and MERRICK GARLAND in his official capacity as the U.S. Attorney General | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## SOUTH BEND DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and N.D. Ind. L.R. 56-1, Defendants City of South Bend, Scott A. Ruszkowski, Individually and in his Official Capacity as Chief of Police, Timothy Lancaster, Jason Biggs, and Kayla Miller (collectively "South Bend Defendants"), by counsel, respectfully move for summary judgment as to all claims of Plaintiffs, Sheldon Scott and James Taylor, on the grounds that there are no genuine issues as to any material facts and the South Bend Defendants are entitled to judgment as a matter of law on all of Plaintiffs' claims.

The grounds for this Motion are more fully stated in the accompanying Memorandum in Support of Motion for Summary Judgment, along with the South Bend Defendants' Statement of Material Facts. The Motion is further supported by the evidentiary materials attached to the South Bend Defendants' Index of Exhibits, filed contemporaneously herewith.

Pursuant to the Court's standing order, the undersigned counsel for the South Bend Defendant certifies that she has met and conferred in good faith with counsel for Plaintiffs before

filing this summary judgment motion.

    Respectfully submitted this 31st day of May 2023.

                                        **FAEGRE DRINKER BIDDLE & REATH LLP**

                                        */s/ Angela N. Johnson*
                                        Angela K. Hall (#26991-71)
                                        Angela N. Johnson (#32025-71)
                                        FAEGRE DRINKER BIDDLE & REATH LLP
                                        300 North Meridian Street, Suite 2500
                                        Indianapolis, IN 46204
                                        Telephone: (317) 237-0300
                                        Facsimile: (317) 237-1000
                                        Email:   angela.hall@faegredrinker.com
                                                                   angela.johnson@faegredrinker.com

                                        *Attorney for Defendants City of South Bend, Scott A. Ruszkowski, Individually and in his Official Capacity as Chief of Police, Timothy Lancaster, Jason Biggs, and Kayla Miller*

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2023, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

Jeffrey S. McQuary
TOMPKINS LAW
608 E. Market St.
Indianapolis, IN 46202
317-631-6866
317-685-2329 (fax)
jmcquary@tlawindy.com

Daniel H Pfeifer
PFEIFER MORGAN & STESIAK
53600 N Ironwood Drive
South Bend, IN 46635
574-272-2870
574-271-4329 (fax)
dpfeifer@pilawyers.com

*Counsel for Plaintiffs*

J. Taylor Kirklin
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-6125
E-mail: taylor.kirklin@usdoj.gov

*Attorney for Defendant Merrick Garland*
*Acting Under Authority Conferred by 28*
*U.S.C. § 515*

/s/ Angela N. Johnson