UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| SHELDON SCOTT and JAMES TAYLOR, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Civil Action No. 3:21-cv-00223-DRL-MGG |
| CITY OF SOUTH BEND, SCOTT A. RUSZKOWSKI, Individually and in his Official Capacity as Chief of Police, TIMOTHY LANCASTER, JASON BIGGS, KAYLA MILLER, and MERRICK GARLAND, in his official capacity as the U.S. Attorney General, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**SOUTH BEND DEFENDANTS' INDEX OF EXHIBITS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

Pursuant to N.D. Ind. L.R. 5-4(a)(8), Defendants City of South Bend, Scott A. Ruszkowski, Individually and in his Official Capacity as Chief of Police, Timothy Lancaster, Jason Biggs, and Kayla Miller (collectively "South Bend Defendants"), by counsel, submit the following list of exhibits and attached evidentiary materials in support of their Motion for Summary Judgment:

Exhibit 1:   Excerpts from the Deposition of James Taylor, including Deposition Exhibits C, D, E, F, G, H, I, J, K, L, M, N, O, P, Q, R, and T;

Exhibit 2:   Excerpts from the Deposition of Sheldon Scott, including Deposition Exhibits C, D, F, G, and M;

Exhibit 3:   Excerpts from the Deposition of Jason Biggs, including Deposition Exhibits 1, 10, and 11;

Exhibit 4:   Excerpts from the Deposition of Kayla Miller, including Deposition Exhibit A;

Exhibit 5: Excerpts from the Deposition of Scott Ruszkowski, including Deposition Exhibit 2;

Exhibit 6: Excerpts from the Deposition of Kyle Lerch;

Exhibit 7: Excerpts from the Deposition of Timothy Lancaster;

Exhibit 8: Plaintiffs' Amended Complaint;

Exhibit 9: Intervenors' Complaint for Declaratory Judgment;

Exhibit 10: Affidavit of Kayla Miller; and

Exhibit 11: Affidavit of Scott Ruszkowski.

Respectfully submitted,

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Angela N. Johnson*
Angela K. Hall (#26991-71)
Angela N. Johnson (#32025-71)
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Email:   angela.hall@faegredrinker.com
             angela.johnson@faegredrinker.com

*Attorney for Defendants City of South Bend, Scott A. Ruszkowski, Individually and in his Official Capacity as Chief of Police, Timothy Lancaster, Jason Biggs, and Kayla Miller*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2023, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Jeffrey S. McQuary<br>TOMPKINS LAW<br>608 E. Market St.<br>Indianapolis, IN 46202<br>317-631-6866<br>317-685-2329 (fax)<br>jmcquary@tlawindy.com | J. Taylor Kirklin<br>Office of the United States Attorney<br>10 West Market Street, Suite 2100<br>Indianapolis, IN 46204-3048<br>317-226-6333<br>317-226-6125 (fax)<br>taylor.kirklin@usdoj.gov |
| Daniel H. Pfeifer<br>PFEIFER MORGAN & STESIAK<br>53600 N. Ironwood Drive<br>South Bend, IN 46635<br>574-272-2870<br>574-271-4329 (fax)<br>dpfeifer@pilawyers.com<br><br>*Counsel for Plaintiffs* | *Attorney for Defendant Merrick Garland*<br>*Acting Under Authority Conferred by 28*<br>*U.S.C. § 515* |

                                               */s/ Angela N. Johnson*